```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  BRIAN W. ENOS
    Assistant United States Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for
     the United States of America
 7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:07-cr-00293 AWI/DLB |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **STIPULATION TO HOLD FEBRUARY 13, 2012 POST-REMAND STATUS CONFERENCE; ORDER** |
| | ) | |
| v. | ) | |
| | ) | Date: April 9, 2012 |
| | ) | Time: 10:00 a.m. |
| JAMES ERIC SCHEIDT, | ) | Ctrm: 2 |
| | ) | Hon. Anthony W. Ishii |
| | ) | |
| Defendant. | ) | |

On January 4, 2012, the Ninth Circuit vacated defendant's sentence and remanded the case back to district court to address unresolved issues attendant to the same. (App. Doc. 34). Pursuant to this remand, this court scheduled a status conference to take place before Judge Ishii on Monday, February 13, 2012, ultimately at 10:00 a.m. (Docs. 62 and 63). Since this time, new counsel for both defendant and the government have been assigned to this case. As a result, more time is needed to analyze relevant file documents, contact defendant, contact government agents, as well as formulate a case strategy from this point forward.

1

**STIPULATION TO HOLD FEBRUARY 13, 2012 POST-REMAND STATUS CONFERENCE; ORDER**

Accordingly, **THE PARTIES TO THIS ACTION STIPULATE**, through their respective attorneys of record, to continuing the Monday, February 13, 2012 status conference to Monday, April 9, 2012.

BENJAMIN B. WAGNER
United States Attorney

Dated: February 7, 2012        By: /s/ Brian W. Enos_____
BRIAN W. ENOS
Assistant U.S. Attorney

(As auth. 2/8/12)

Dated: February 8, 2012         /s/ Francine Zepeda
FRANCINE ZEPEDA
Attorney for James Eric Scheidt

**ORDER**

IT IS SO ORDERED.

Dated:    February 8, 2012    _____
CHIEF UNITED STATES DISTRICT JUDGE