DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JAMES ERIC SCHEIDT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:07-cr-0293 AWI |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| JAMES ERIC SCHEIDT, | DATE: June 18, 2012 |
| Defendant. | TIME: 10:00 A.M. |
| | JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record herein, that the Status Conference in the above captioned matter, now scheduled for May 14, 2012, may be continued to **June 18, 2012, at 10:00 a.m.**

The reason for this continuance is to allow counsel time to discuss case with client who is currently incarcerated at USP Marion, Marion, IL. The requested continuance will conserve time and resources for both counsel and the court.

BENJAMIN B. WAGNER
United States Attorney

Dated: May 11, 2012         */s/ Brian W. Enos*
                            BRIAN W. ENOS
                            Assistant United States Attorney
                            Attorney for Plaintiff

|   |   |
|---|---|
| | DANIEL J. BRODERICK<br>Federal Defender |
| Dated: May 11, 2012 | */s/ Francine Zepeda*<br>FRANCINE ZEPEDA<br>Assistant Federal Defender<br>Attorney for Defendant |

**O R D E R**

IT IS SO ORDERED.

Dated:   May 11, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE